AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Laurel Hilbert<br>2039 New Hampshire Avenue, N.W.<br>Washington, DC 20009<br><br>*Plaintiff(s)*<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED<br>27 Barclay Street<br>New York, NY 10007<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:24-cv-24-3114 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FOUR SEASONS HOTELS LIMITED

          SERVE:
          Corporation Service Company
          2 Sun Court, Suite 400
          Peachtree Corners, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Eric L. Siegel
          Eric Siegel Law PLLC
          888 17th Street, N.W., Suite 1200
          Washington, DC 20006
          Phone: 771-220-6116; Email: ESiegel@EricSiegelLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                     *CLERK OF COURT*

Date:  4/24/2024                                               /s/ J. Gonzalez
                                                                          *Signature of Clerk or Deputy Clerk*